P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Leo James Chaplin, DEFENDANT. | CASE NUMBER 19MJ04062-1 ABSTRACT OF COURT PROCEEDING |
|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable _____,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☐ ordered  ☒ recommended that the above-named federal prisoner be:

☒ Allowed to make ☒ 2 social ☐ ___ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith        ☒ as soon as possible        ☐ as requested, at suitable times

☐ Allowed social visits        ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to  ☐ MDCLA  ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

CLERK U.S. DISTRICT COURT

Dated: 9/25/19        By: J. Porter
                         Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                ABSTRACT OF COURT PROCEEDING                GPO U.S. GPO: 2005-785-503/39157