FILED

2019 SEP 25 AM 11: 19

CLERK U.S. ...
CENTRAL DIST. OF
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br><br> LEO JAMES CHAPLIN <br><br> DEFENDANT(S). | 3:17-mj-00282-KFM  **19MJ04062** <br><br><br> **AFFIDAVIT RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: ___COMPLAINT___
in the ~~United States District Court for the~~ District of _Alaska_____ on _6/23/17_____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _11/14/14_____
in violation of Title _18_____ U.S.C., Section(s) _1204(a)_____
to wit: _INTERNATIONAL PARENTAL KIDNAPPING_____

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me and subscribed in my presence on _9/25/19_____, by



_[signature]_, Deputy Clerk.

1181

| _[signature]_ | Robert Chowthi |
|---|---|
| Signature of Agent | Print Name of Agent |
| FBI | Special Agent |
| Agency | Title |

CR-52 (05/98)        **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**