BRYAN SCHRODER
United States Attorney

ANNE VELDHUIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: anne.veldhuis@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEO JAMES CHAPLIN, <br><br> Defendant. | No. 3:19-cr-00121-SLG-DMS <br><br> COUNT 1: <br> INTERNATIONAL PARENTAL KIDNAPPING <br> Vio. of 18 U.S.C. § 1204(a) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Between on or about November 24, 2014, and on or about July 19, 2019, within the District of Alaska and elsewhere, the defendant, LEO JAMES CHAPLIN, did retain two children, "Juvenile A" and "Juvenile B", outside of the United States, who had previously

been in the United States, with the intent to obstruct the lawful exercise of parental rights by the mother of Juvenile A and Juvenile B.

All of which is in violation of 18 U.S.C. § 1204(a).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Kyle Reardon for
ANNE VELDHUIS
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:     October 17, 2019