Darrel J. Gardner
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>LEO JAMES CHAPLIN,<br><br>                Defendant. | Case No. 3:19-cr-00121-SLG-DMS-1<br><br>**NOTICE OF CONVENTIONAL FILING** |

Defendant, Leo James Chaplin, by and through counsel Darrel J. Gardner, Assistant Federal Defender, hereby files Exhibit B to his motion filed at Docket No. 33.

DATED this 27th day of January, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Darrel J. Gardner*
Darrel J. Gardner
Assistant Federal Defender
Alaska Bar No. 8310119
(907) 646-3406
darrel_gardner@fd.org

Certificate of Service:

I certify that on January 27, 2020, a copy of the foregoing document, with attachments, was served electronically on:

Allison M. O'Leary, Assistant U.S. Attorney

*/s/ Darrel J. Gardner*