# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## EXHIBIT LIST OF PLAINTIFF

---

**Case No.: 3:19-cr-00121-SLG**                    Judge: SHARON L. GLEASON

**Title: U.S.A.**

**vs.** **LEO JAMES CHAPLIN**

**Dates of Hearing/Trial: JANUARY 21, 2021**

**Deputy Clerk:** **CAMILLE WHITE**

**Official Reporter:** **SONJA L. REEVES**

| Attorney for Plaintiff |
| --- |
| **ALLISON MEREDITH O'LEARY** |
| **GEORGE TRAN** |
| |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- |
| 1 | X | 1/21/2021 | DOCUMENT- COMPLAINT FOR DIVORCE SIGNED 2/9/2015 |
| 2 | X | 1/21/2021 | MOTION TO RETURN CHILDREN TO U.S. FILED BY ATTY J. FORK |
| 3 | X | 1/21/2021 | MOTION TO DECLINE JURISDICTION FILED BY JIM CHAPLIN |
| 4 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 7-1-2015 (PORTION 114701-114724) |
| 4.1 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 7-1-2015 (PORTION 120947-121020) |
| 5 | X | 1/21/2021 | REQUEST FOR HEARING BY ATTY J. FORK JULY 2015 |
| 6 | X | 1/21/2021 | OPPOSITION TO RETURN CHILDREN FILED BY JIM CHAPLIN |
| 7 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 12-21-2015 (PORTION 14600-14607) |
| 8 | X | 1/21/2021 | ORDER RE MOTION TO DECLINE JURISDICTION & RETURN CHILDREN TO U.S.  ISSUED 1/6/2016 |
| 9 | X | 1/21/2021 | NOTICE TO COURT FILED BY J. CHAPLIN/ATTY 1/27/2016 |
| 10 | | | |
| 11 | X | 1/21/2021 | CLARIFICATION OF ORAL ORDER 3/15/2016 ISSUED BY JUDGE WALKER |
| 12 | X | 1/21/2021 | MEMO IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE FILED BY ATTY J. FORK |
| 13 | X | 1/21/2021 | OPPOSITION TO MOTION FOR CONTEMPT OF EXTRADITION FILED BY ATTY TUGMAN |
| 14 | X | 1/21/2021 | SUPPLEMENT TO OPPOSITION TO MOTION FOR CONTEMPT FILED 4/22/2016 |

**CONTINUATION**
**EXHIBIT LIST OF PLAINTIFF**

Case No: **3:19-cr-00121-SLG**                    Judge: **SHARON L. GLEASON**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 15 | X | 1/21/2021 | REPLY TO OPPOSITION TO MOTION FOR EXRADITION FILED BY J. FORK |
| 16 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 12-21-2015 (PORTION 100214-100257) |
| 16.1 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 12-21-2015 (PORTION 101339-101433) |
| 16.2 | X | 1/21/2021 | COPY OF AUDIO CD STATE COURT 12-21-2015 (PORTION 101711-101830) |
| 17 | X | 1/21/2021 | OBJECTION TO PROPOSED ORDER FILED BY ATTY TUGMAN 5/11/2016 |
| 18 | X | 1/21/2021 | ORDER OF CONTEMPT SIGNED BY JUDGE WALKER 5/17/2016 |
| 19 | X | 1/21/2021 | MOTION FOR WITHDRAWAL FILED BY ATTY TUGMAN 6/23/2016 |
| 20 | X | 1/21/2021 | CIVIL BENCH WARRANT FOR JIM CHAPLIN ISSUED BY JUDGE WALKER7/29/2016 |
| 21 | X | 1/21/2021 | COPY OF DIVORCE DECREE 2/9/2017 BY JUDGE WALKER |
| 22 | X | 1/21/2021 | CONTEMPT JUDGMEMT ISSUED 3/20/2017 BY JUDGE WALKER |
| 23 | X | 1/21/2021 | EMAIL FROM JIM CHAPLIN 2/11/2015 |
| 24 | X | 1/21/2021 | SUPPLEMENT TO MOTION TO WITHDRAW STATE CASE FILED BY MS. TUGMAN 6/29/2016 |
| 25 | X | 1/21/2021 | U.S. CUSTOMS & BORDER PROTECTION DOCUMENTS- |
| 26 | X | 1/21/2021 | INTIAL ORDER & ORDER TO FILE FINANCIAL DOCUMENTS ISSUED 2/9/2015 BY JUDGE MORSE |
| 50 | X | | CASE FILE CERTIFIED DOCUMENTS |