(Rev 4/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF DEFENDANT

---

**Case No.:** 3:19-CR-00121-SLG  **Judge:** SHARON L. GLEASON

**Title:** U.S.A.
vs. LEO JAMES CHAPLIN

**Dates of Hearing/Trial:** JANUARY 22, 2021

**Deputy Clerk:** CAMILLE WHITE / IRMA HERNANDEZ

**Official Reporter:** SONJA L. REEVES

**Attorney for Defendant**

JANE IMHOLTE

T. BURKE WONNELL

BRIAN D. HEADY

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE001 | X | 1/22/2021 | EXHIBIT LIST FROM STATE CASE 3AN-15-4926CI |
| DE002 | X | 1/22/2021 | LETTER ACKNOWLEDGING RECEIPT OF JUDGE WALKER LETTER DATED 2/29/2016 |
| DE003 | X | 1/22/2021 | NOTICE OF PHILLIPPINES DECISION |
| DE006 | X | 1/22/2021 | PETITION FROM PHILLIPPINES FOR CUSTODY 2/9/2015 |
| DE007 | X | 1/22/2021 | SUMMONS AND NOTICE 2/9/2015 |
| DE008 | X | 1/22/2021 | CHILD CUSTODY JURISDICTION |
| DE011 | X | 1/22/2021 | AMENDED COMPLAINT FOR DIVORCE 4/14/2015 |
| DE013 | X | 1/22/2021 | MEMORANDUM IN SUPPORT OF MOTION DECLINING JURISDICTION 6/30/2015 |
| DE014 | X | 1/22/2021 | PETITION FOR WRIT OF HABEAS CORPUS RECEIVED 8/27/2015 |
| DE015 | X | 1/22/2021 | DOCUMENT FILED BY MECHELLE CHAPLIN PETITIONER 9/16/2015 |