# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

**Case No.:** 3:19-CR-00121-SLG      **Judge:** SHARON L. GLEASON

**Title:** U.S.A.

   **vs.** LEO JAMES CHAPLIN

**Dates of Hearing/Trial:** JANUARY 21 AND 22, 2021

**Deputy Clerk:** CAMILLE WHITE

**Official Reporter:** SONJA L. REEVES

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 1/21/2021 | 9:32:07 AM | 9:42:02 AM | W-1 | KELLY ROBINSON | PLT |
| 1/21/2021 | 9:43:14 AM | 10:23:31 AM | W-2 | ADAM JOSEPH CHAPMAN | PLT |
| 1/21/2021 | 10:24:55 AM | 1:27:16 PM | W-3 | MECHELLE DELIMA SCHOU | PLT |
| 1/21/2021 | 1:44:26 PM | 2:17:12 PM | W-4 | A.L.C. | PLT |
| 1/21/2021 | 2:09:12 PM | 2:43:48 PM | W-5 | L.C. | PLT |
| 1/21/2021 | 2:48:51 PM | 3:12:43 PM | W-6 | LORI HURLEY | PLT |
| 1/21/2021 | 3:54:18 PM | 4:48:07 PM | W-7 | JOLENE GOEDEN | PLT |
| 1/22/2021 | 9:04:54 AM | 10:36:24 AM | W-7 | JOLENE GOEDEN | PLT |